162     CASES IN THE SUPREME COURT     [Apr.

APRIL ASSIZES, 1792.

CORAM M'KEAN CHIEF JUSTICE, AND YEATES.

# Lessee of Christian Brown *against* John Long.

Warrant dated 20th August 1765. A survey made in pursuance of a warrant said to be dated 21st August 1765, may be read in evidence, if the lines correspond with the terms of the first warrant, and a certificate of the surveyor general is shewn, that no such warrant of the 21st August 1765, is to be found in his office.

A deed proved to be executed by several of the grantors, tho' not by them all, and not recorded, may be read in evidence.

A WARRANT to Hugh Pugh for 200 acres of land, dated 20th August 1765, adjoining lands of William Allen, esq. James Logan, and vacant land, including his improvement in Lower Smithfield township, was shewn in evidence on the part of the defendant. He then produced a survey for 253 acres of land in the same township, and adjoining the lands of William Allen and James Logan abovementioned, but said to be made in pursuance of a warrant to Pugh, dated 21st August 1765, the reading whereof was excepted to until the warrant of the 21st August should be produced. The defendant then shewed a certificate of the surveyor general, that no warrant of the 21st August 1765 to Pugh could be found in his office.

By the court. The survey is good and legal evidence to be judged of by the jury. A presumption arises that it was made under the warrant of the 20th August, by the lines corresponding with the terms of the warrant; and this is considerably strengthened, from the certificate that there is no warrant of the 21st August to be found. The mistake was probably made by the deputy surveyor, *currente calamo.*

It was also ruled by the court, that a deed proved to be executed by several of the grantors, though not by them all, and not recorded, might be read in evidence, and that this had been frequently resolved before.

Verdict *pro defdte.*

Messrs. Sitgreaves and Thomas *pro quer.*

Messrs. Ingersoll and Wm. Smith *pro def.*